# Third District Court of Appeal

## State of Florida

Opinion filed October 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-735
Lower Tribunal No. 20-2537
_____

**Manuel J. Menendez, et al.,**
Appellants,

vs.

**Rafael Bonafonte,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Wasson & Associates, Chartered and Roy D. Wasson; Law Offices of Robert F. Reynolds, P.A., and Robert F. Reynolds (Ft. Lauderdale), for appellants.

Kula & Associates, P.A., and Elliot B. Kula and W. Aaron Daniel and William D. Mueller, for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. See Archange v. Winn-Dixie Stores, Inc., 314 So. 3d 717, 718 (Fla. 3d DCA 2021) ("Fratangelo v. Coosemans, 264 So. 3d 1079, 1079 (Fla. 3d DCA 2019) ('When the trial court conducts a full evidentiary hearing on a motion to enforce settlement, "[t]he findings of the trial court, as the trier of fact, come to this court clothed with a presumption of correctness, and where there is substantial competent evidence to sustain the actions of the trial court, the appellate court cannot substitute its opinion on the evidence but rather must indulge every fact and inference in support of the trial court's judgment, which is the equivalent of a jury verdict."' (quoting Smiley v. Greyhound Lines, Inc., 704 So. 2d 204, 205 (Fla. 5th DCA 1998))).").